USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 3 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America,                              :

                    -v-                                :              14 Cr. 00067 (AJN)

                                                       :                  ORDER

Kenneth Murray,                                        :

                              Defendant.               :
-----------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

        For the reasons set forth on the record at the conference held on June 3, 2014, the Court
relieved CJA attorney Mr. Richard Palma as counsel for the defendant and allowed the
substitution of Mr. John Jacob Rieck Jr. to represent the defendant.  Mr. Rieck shall promptly file
a Notice of Appearance.

        IT IS FURTHER ORDERED that the Clerk of Court shall terminate the appearance of
Mr. Palma.

        IT IS FURTHER ORDERED that a motion by Defendant is due on or before June 10,
2014.  The government's opposition is due on or before June 17, 2014.


        SO ORDERED:

                                        _____
                                              ALISON J. NATHAN
                                              United States District Judge

Dated: June 3, 2014
       New York, New York